No. 788. MINNESOTA EX REL. JENSON v. CIVIL SERVICE COMMISSION OF THE CITY OF MINNEAPOLIS ET AL. Sup. Ct. Minn. Certiorari denied. *James Malcolm Williams* for petitioner. *Arvid M. Falk* for respondents.

No. 833. MATTHEW ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Lucius A. Buck* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Benjamin M. Parker* for respondent.

No. 839. SMITH v. LOUISVILLE TRUST Co. ET AL., ADMINISTRATORS. C. A. 6th Cir. Certiorari denied. *Walter B. Smith* for petitioner. *R. Lee Blackwell* for respondents.

No. 840. NOBLE DRILLING CORP. v. SAUNIER. C. A. 5th Cir. Certiorari denied. *W. Ford Reese* for petitioner. *John P. Nelson* for respondent.

No. 841. MARIANO v. CONNECTICUT. Sup. Ct. Err. Conn. Certiorari denied. *Richard S. Weinstein* for petitioner. *John F. McGowan* for respondent.

No. 842. PAN-AMERICAN LIFE INSURANCE Co. v. BOTANA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *James A. Dixon* and *Sam Daniels* for petitioner. *Milton Kelner* for respondent.

No. 846. MATSON NAVIGATION Co. v. HUFF. C. A. 9th Cir. Certiorari denied. *J. Stewart Harrison* for petitioner. *William A. Lahanier* for respondent.